UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TONGA NOLAN, ET AL

VERSUS

EXXON MOBIL CORPORATION, ET AL

CIVIL ACTION

NO. 13-CV-439-JWD-SCR

### ORDER OF RECUSAL

I hereby recuse myself in this matter.

Signed in Baton Rouge, Louisiana, on <u>November 6, 2014.</u>

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**